IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

    v.                                    Case No. 12-cv-839-wmc

BROWN-JAGER LAW OFFICE and
SARAH E. BROWN-JAGER,

        Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Michael Young leave to proceed on his claims against defendants Brown-Jager Law Office and Sarah E. Brown-Jager and dismissing this case.

| /s/ by: E. Clark, Deputy Clerk | 10/03/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |